**E-FILED**
Monday, 24 October, 2005  08:16:17 AM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

**APPEARANCE**

**PRIORITY RECORDS LLC, a California limited liability company; MOTOWN RECORD COMPANY, L.P., a California limited partnership; ARISTA RECORDS LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and CAPITOL RECORDS, INC., a Delaware corporation,**

Case No.

                  Plaintiffs,

v.

**TASHMEKA KIDD,**

                  Defendant.

To the Clerk of the court and all parties of record:

Enter my appearance as counsel in this case for Plaintiffs.

I certify that I am admitted to practice in this court.

| **October 21, 2005** | **/s/ Steven P. Mandell** |
|---|---|
| Date | Signature |

| | |
|---|---|
| Steven P. Mandell | 6183729 |
| Print Name | Bar Number |

| | |
|---|---|
| Mandell Menkes LLC, 333 West Wacker, Suite 300 | |
| Address | |

| | | |
|---|---|---|
| Chicago | IL | 60606 |
| City | State | Zip Code |

| | |
|---|---|
| (312) 251-1000 | (312) 251-1010 |
| Phone Number | Fax Number |

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

**APPEARANCE**

**PRIORITY RECORDS LLC, a California limited liability company; MOTOWN RECORD COMPANY, L.P., a California limited partnership; ARISTA RECORDS LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and CAPITOL RECORDS, INC., a Delaware corporation,**

Case No.

Plaintiffs,

v.

**TASHMEKA KIDD,**

Defendant.

To the Clerk of the court and all parties of record:

Enter my appearance as counsel in this case for Plaintiffs.

I certify that I am admitted to practice in this court.

| **October 21, 2005** | /s. **Alexis E. Payne** | |
| --- | --- | --- |
| Date | Signature | |
| | Alexis E. Payne | 6243091 |
| | Print Name | Bar Number |
| | Mandell Menkes LLC, 333 West Wacker, Suite 300 | |
| | Address | |
| | Chicago              IL | 60606 |
| | City              State | Zip Code |
| | (312) 251-1000 | (312) 251-1010 |
| | Phone Number | Fax Number |