AO 440 (Rev 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Central District of Illinois

PRIORITY RECORDS LLC, a California limited liability company; MOTOWN RECORD COMPANY, L.P., a California limited partnership; ARISTA RECORDS LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and CAPITOL RECORDS, INC., a Delaware corporation,

V.

TASHMEKA KIDD

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-1318

TO:
TASHMEKA KIDD
1101 Gettysburg Drive, Apt. 6
Bloomington, IL 61704

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFFS' ATTORNEY

Steven P. Mandell           Phone: (312) 251-1000
Steven L. Baron             Fax:   (312) 251-1010
Alexis E. Payne
MANDELL MENKES LLC
333 WEST WACKER DRIVE, SUITE 300
Chicago, Illinois 60606

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

s/ John M. Waters
JOHN M WATERS, CLERK

DATE 3/21/06

s/ T. Kelch
(By) DEPUTY CLERK

AO 440 (Rev 10/93) Summons in a Civil Action

## RETURN OF SERVICE

DATE

Service of the Summons and complaint was made by me[1]

NAME OF SERVER (PRINT)          TITLE

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

TRAVEL           SERVICES           TOTAL

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
             Date             Signature of Server

                              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure