# FOSTER INVESTIGATIONS
## AFFIDAVIT OF SERVICE OF PROCESS

Case Number: 05 1318

Priority Records LLC, et al.
Plaintiff
vs.

Tashmeka Kidd
Defendant

Received by Foster Investigations to be served on Tashmeka Kidd
1101 Gettysburg Dr., #6, Bloomington, IL 61704

I, Mark Foster, who, being duly sworn, depose and say that on the 13 day of April, 2006 at 10:15 AM executed by delivering a true copy of the Summons & Complaint

In accordance with the state statutes in the manner marked below:

___ INDIVIDUAL SERVICE: Served the within-named person

_X_ SUBSTITUTE SERVICE: By leaving copies at the usual place of abode of the defendant with a person, of age 13 years or upward, informing that person of the contents.
Name: Robert Criggler     Relation: Co-resident

___ SERVICE ON:
Left a copy of the document(s) with the following:
Name: _____     Title: _____

___ OTHER SERVICE: As described in the comments below by serving ____ as ____

___ NON SERVICE: For the reason detailed in the Comments below.

COMMENTS:

Age: 28     Sex: M     Race: B

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made

Mark Foster
Licensed Private Detective
Illinois License #: 115-001201

Subscribed and sworn to before me on the ___ day of April, 2006 by the affiant who is personally known to me.

NOTARY PUBLIC

FOSTER INVESTIGATIONS
PO BOX 863
Normal, IL 61761
(309) 862-3473