# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | |
|---|---|
| **PRIORITY RECORDS LLC, ET AL.,** | Case No.: 3:05-cv-01318 |
| Plaintiffs, | |
| vs. | The Hon. Michael M. Mihm |
| **TASHMEKA KIDD,** | The Hon. John A. Gorman |
| Defendant. | |

## STATUS REPORT AND REQUEST FOR ENTRY OF DEFAULT

In response to the Court's April 27, 2006 request for a status report in this case, Plaintiffs state as follows:

1. As set forth in the motion for entry of default judgment filed contemporaneously with the present response, Defendant was served on April 13, 2006, and her answer was due on or before May 3, 2006. *See* Affidavit of Service, attached hereto as Exhibit A.

2. Defendant has failed to answer or otherwise plead. The Affidavit of Service was filed with the Court on April 27, 2006. *Id.*

WHEREFORE, pursuant to Federal Rule of Civil Procedure 55(b) and as set forth in the attendant motion for entry of default judgment, Plaintiffs request that this Court enter default against the Defendant and grant the attendant motion for entry of default judgment for the reasons set forth more fully therein.

153751

PRIORITY RECORDS LLC; ET AL.

DATED: May 11, 2006          By: /s/ Alexis E. Payne
                                 Alexis E. Payne (ARDC #6270412)

Steven P. Mandell (ARDC #6183729)
Steven L. Baron (ARDC #6200868)
Alexis E. Payne (ARDC #6270412)
MANDELL MENKES LLC
333 WEST WACKER DRIVE
SUITE 300
Chicago, Illinois 60606
Phone: (312) 251-1000
Fax: (312) 251-1010

2

## CERTIFICATE OF SERVICE

I, Alexis E. Payne, an attorney who is licensed to practice law in Illinois, certify that on the 11th day of May, 2006, I served a copy of the foregoing Motion for Default Judgment to be served by depositing a true and correct copy thereof in the United States First Class Mail, proper postage pre-paid, addressed to the Defendant at the following address:

Tashmeka Kidd

1101 Gettysburg Dr., #5

Bloomington, IL 61704

_____/s/ Alexis E. Payne__

Alexis E. Payne