**E-FILED**
Monday, 15 May, 2006  06:47:36 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | | |
|---|---|---|
| **PRIORITY RECORDS LLC, ET AL.,** | ) | Case No.:  3:05-cv-01318 |
| **Plaintiffs,** | ) | |
| **vs.** | ) | **The Hon. Michael M. Mihm** |
| **TASHMEKA KIDD,** | ) | **The Hon. John A. Gorman** |
| **Defendant.** | ) | |

## STATUS REPORT

In response to the Court's April 27, 2006 request for a status report in this case, Plaintiffs state as follows:

As set forth in the motion for entry of default judgment filed contemporaneously with the present response, Defendant was served on April 13, 2006, and her answer was due on or before May 3, 2006.  Defendant has failed to answer or otherwise plead.  Accordingly, Plaintiffs through the attendant motion for default judgment are requesting that this Court enter default against the Defendant and grant the attendant motion for entry of default judgment for the reasons set forth more fully therein.

153751

2

PRIORITY RECORDS LLC; ET AL.

DATED:  <u>May 15, 2006</u>                By:  <u>/s/ Alexis E. Payne</u>

                                              Alexis E. Payne (ARDC #6270412)

Steven P. Mandell (ARDC #6183729)
Steven L. Baron (ARDC #6200868)
Alexis E. Payne (ARDC #6270412)
MANDELL MENKES LLC
333 WEST WACKER DRIVE
SUITE 300
Chicago, Illinois 60606
Phone:  (312) 251-1000
Fax:  (312) 251-1010