E-FILED
Monday, 15 May, 2006  06:53:20 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| PRIORITY RECORDS LLC, a California limited liability company; MOTOWN RECORD COMPANY, L.P., a California limited partnership; ARISTA RECORDS LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and CAPITOL RECORDS, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>TASHMEKA KIDD,<br><br>Defendant. | Case No.: 1:05cv-01318-MMM-JAG<br><br>The Hon. Michael M. Mihm |

### CERTIFICATE OF SERVICE

I, Alexis E. Payne, an attorney who is licensed to practice law in Illinois, certify that on the 15th day of May, 2006, I served a copy of the foregoing Status Report, Motion for Default Judgment, and draft Order to be served by depositing a true and correct copy thereof in the United States First Class Mail, proper postage pre-paid, addressed to the Defendant at the following address:

> Tashmeka Kidd
> 1101 Gettysburg Dr., #5
> Bloomington, IL 61704

\_\_\_\_/s/ Alexis E. Payne\_\_
Alexis E. Payne