

E-FILED
Wednesday, 24 May, 2006 02:54:12 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| PRIORITY RECORDS LLC, a California limited liability company; MOTOWN RECORD COMPANY, L.P., a California limited partnership; ARISTA RECORDS LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and CAPITOL RECORDS, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>TASHMEKA KIDD,<br><br>Defendant. | Case No.: 1:05cv-01318-MMM-JAG<br><br>The Hon. Michael M. Mihm |

## DEFAULT JUDGMENT AND PERMANENT INJUNCTION

Based upon Plaintiffs' motion for default judgment, and good cause appearing therefore, it is hereby ordered and adjudged that:

1. Plaintiffs seek the minimum statutory damages of $750 per infringed work, as authorized under the Copyright Act (17 U.S.C. § 504(c)(1)), for each of the seven sound recordings listed in Exhibit A to the Complaint.

2. Accordingly, having been adjudged to be in default, Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of $5,250.00.

3. Defendant shall further pay Plaintiffs' costs of suit herein in the amount of $395.00.

4.  Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "U R the One," on album "8701," by artist "Usher" (SR# 307-207);
- "Stick Em Up," on album "Back For the First Time," by artist "Ludacris" (SR# 289-433);
- "Whip Appeal," on album "Tender Lover," by artist "Babyface" (SR# 106-822);
- "Jam Tonight," on album "Just Like The First Time," by artist "Freddie Jackson" (SR# 81-370);
- "Teardrops," on album "Throwin' Down," by artist "Rick James" (SR# 34-976);
- "Real Freak," on album "Enter the Dru," by artist "Dru Hill" (SR# 290-402);
- "Automobile," on album "Efil4zaggin'," by artist "NWA" (SR# 137-627).

5.  Defendant shall also be and hereby is enjoined from directly or indirectly infringing any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs.

6.  Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

DATED: 5/24/06

By: s/Michael M. Mihm
Hon. Michael M. Mihm
United States District Judge

153766