# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**PRIORITY RECORDS LLC,**
a California limited liability company;
**ARISTA RECORDS LLC,** a Delaware limited
liability company; **UMG RECORDINGS INC.,**
a Delaware Corporation; **SONY BMG MUSIC
ENTERTAINMENT,** a Delaware general partnership;
and **CAPITOL RECORDS INC,** a Delaware Corporation
                       **Plaintiffs**

          vs.

**TASHMEKA KIDD**
                **Defendant**

Case Number: **05-1318**

**DECISION BY THE COURT**. This action before the Court. The issues have been plead and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that default judgment is entered in favor of plaintiffs and against defendant in the amount of $5,250.00 plus costs in the amount of $395.00.

ENTER this 24th day of May, 2006.

JOHN M. WATERS, CLERK

s/ C. Lambie
BY: DEPUTY CLERK